Armando Molinar #D-55155
Centinela State Prison
P.O. Box 931
Imperial, CA 92251
In Propia Persona

Copy FILED
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| Armando Molinar, Plaintiff, vs. Officer D. Price, et al., Defendant(s). | Case No. # CV08-00161 CRB (PR) Application For Extension of Time and Declaration of Armando Molinar |

Plaintiff, Armando Molinar, respectfully moves this Court for an extension of time to and including March 11, 2008, by which to file the In Forma Pauperis Application in this case. This motion is made for good cause as set forth in the attached declaration.

Dated: February 6, 2008.

Respectfully Submitted,

Armando Molinar

ARMANDO MOLINAR
PLAINTIFF

-1-

Declaration Re Extension of Time
To File Required In Forma Pauperis

Armando Molinar, hereby declares under penalty of perjury as follows:

That he is the plaintiff in the aforementioned cause of action; that he is indigent; that he is responsible for the preparation of the required In Forma Pauperis to the civil case number CV08-00161 CRB(PR), Armando Molinar v. Officer D. Price, et al; that the In Forma Pauperis Application is now due on February 11, 2008; that he received the insufficiency of the In Forma Pauperis Application on February 5, 2008, and a consultation with an "authorized officer" is forthcoming; that for the above reasons, an additional thirty (30) days will be necessary to prepare plaintiff's In Forma Pauperis Application; that he is proceeding in pro per; that every possible effort will be made to ensure that the In Forma Pauperis Application is filed within the extended time period.

Dated at Imperial, California, this 6th day of February, 2008.

*Armando Molinar*
ARMANDO MOLINAR, PLAINTIFF

Declaration of Service By Mail

Re: Armando Molinar v. Officer B. Price, et al.,; CV08-00161 CRB (PR)

I am over 18 years of age, and the plaintiff to the within cause of action; I reside at 2302 Brown Road, P.O. Box 931, Centinela State Prison, Imperial, California, 92251; I served a copy of the attached

Application For Extension of Time And Declaration of Armando Molinar

on each of the following, by placing same in an envelope addressed as follows:

Jerry Brown
Attorney General
State of California
P.O. Box 944255
1300 "I" Street
Suite 1101
Sacramento, Ca. 94244-2550

The envelope was then, on February 6, 2008, sealed and relinquished to prison authorities to be deposited in the United States Mail at Imperial, California, County of Imperial, with the postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2008, at Imperial, California

Signature of Declarant: _____
ARMANDO MOLINAR

-3-

Armando Molman # D-53455
CENTINELA State Prison
P.O. Box 931
Imperial, CA. 92251

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA. 94102-9680

RECEIVED FEB 11 2008 RICHARD W. [WIEKING] CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT [OF CALIFORNIA]

—Confidential Legal Mail—