FILED
08 MAR 10 PM 1:51
[Clerk U.S. District Court stamp, Northern District of California]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Armando Molinar, Plaintiff,

vs.

officer B·Price, et, al

Defendant.

CASE NO. CV-08-00161

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Armando molinar, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____GALAY Plastering co. Irvine calif._____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or            Yes ___ No ✓
10         self employment
11     b.   Income from stocks, bonds,        Yes ___ No ✓
12         or royalties?
13     c.   Rent payments?                    Yes ___ No ✓
14     d.   Pensions, annuities, or            Yes ___ No ✓
15         life insurance payments?
16     e.   Federal or State welfare payments,    Yes ___ No ✓
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.   Are you married?                         Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5    _____0_____
6    _____
7  5.  Do you own or are you buying a home?      Yes ____ No ✓
8  Estimated Market Value: $_____0_____ Amount of Mortgage: $_____0_____
9  6.  Do you own an automobile?                 Yes ____ No ✓
10 Make _____0_____ Year ____0____ Model ____0____
11 Is it financed? Yes ___0___ No ___0___ If so, Total due: $ ____0____
12 Monthly Payment: $ ____0____
13 7.  Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____ No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____ Utilities: _____0_____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 ____0____                $ ____0____              $ ____0____
27 ____0____                $ ____0____              $ ____0____
28 ____0____                $ ____0____              $ ____0____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ Ø _____

_____ Ø _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ Ø _____

_____ Ø _____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-6-08                           /s/ [signature]

DATE                             SIGNATURE OF APPLICANT

Case Number: CV-08-0161 CRB (PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Armando, Molinar__
(NAME OF INMATE)

__D53455__
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at __Centinela State Prison__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months the applicant's** *average monthly balance* **was** $ __10.00__

and the *average monthly deposits* to the applicant's account was $ __6.67__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__3-4-08__
DATE

__Gracie Rojas__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Gracie Rojas__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

```
REPORT ID: TS3030 .701                         CALIFORNIA DEPARTMENT OF CORRECTIONS                    REPORT DATE: 03/04/08
                                                    CENTINELA STATE PRISON                             PAGE NO:          1
                                                INMATE TRUST ACCOUNTING SYSTEM
                                                INMATE TRUST ACCOUNT STATEMENT

                                          FOR THE PERIOD: AUG. 01, 2007 THRU MAR. 04, 2008

ACCOUNT NUMBER : D53455                                                     BED/CELL NUMBER: FDB2T100000113L
ACCOUNT NAME   : MOLINAR, ARMANDO                                           ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                                                TRUST ACCOUNT ACTIVITY

           TRAN
DATE       CODE   DESCRIPTION          COMMENT      CHECK NUM    DEPOSITS       WITHDRAWALS     BALANCE

08/01/2007        BEGINNING BALANCE                                                                0.00
08/24      D340   EFT DEPOSIT          1786 J0592                  20.00                          20.00
10/15      FC04   DRAW-FAC 4           2262 FAC D                                  20.00           0.00
11/13      FR01   CANTEEN RETUR        702865                      20.00-                         20.00
11/14      W536   COPAY CHARGE         2921D11/14                                   5.00          15.00
12/10      FC04   DRAW-FAC 4           3442 FAC D                                  15.00           0.00
02/11      D300   CASH DEPOSIT         3476 MLRM                   20.00                          20.00
           ACTIVITY FOR 2008
01/14      FC04   DRAW-FAC 4           4103 FAC D                                  20.00           0.00

                                                TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL          TOTAL         CURRENT        HOLDS        TRANSACTIONS
 BALANCE       DEPOSITS       WITHDRAWALS   BALANCE        BALANCE      TO BE POSTED
 ---------     --------       -----------   -------        -------      ------------
    0.00         40.00            40.00       0.00           0.00           0.00

                                                                        CURRENT
                                                                        AVAILABLE
                                                                         BALANCE
                                                                        --------
                                                                          0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

```
Centinela St. Prison
Armando Molinar
D53455-D2-113L
P.O. Box #931
Imperial, Calif
92251
```

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES