EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
BRENDAN M. KENNY, State Bar No. 237969
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5744
  Fax: (415) 703-5480
  Email: Brendan.Kenny@doj.ca.gov

Attorneys for Defendants Price, Berry, Leger, Perez,
Stout, McLean, and Diggle [1]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMANDO MOLINAR,<br><br>                              Plaintiff,<br><br>     v.<br><br>B. PRICE, et al.,<br><br>                              Defendants. | C 08-0161 CRB (PR)<br><br>**DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME**<br><br>**[No hearing per June 3, 2008 order of service]** |

TO ARMANDO MOLINAR, PLAINTIFF PRO SE:

PLEASE TAKE NOTICE that Defendants Leger and Perez (Defendants) request an extension of time to file a dispositive motion, up to and including October 3, 2008. This request is based on the supporting declaration of Brendan M. Kenny.

---

1. To the best knowledge of the Attorney General's Office, Defendants Dilbert, Gardner, Vanderhoover, Winslow, and Thacker have not been served. Accordingly, the Attorney General's Office makes no appearance on their behalf.

Defs.' 1st Req. Ext. Time                                                                           A. Molinar v. B. Price, et al.
                                                                                                                C 08-0161 CRB

1

1 | Dated: August 22, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DAVID S. CHANEY
Chief Assistant Attorney General

5 | ROCHELLE C. EAST
6 | Senior Assistant Attorney General

7 | MICHAEL W. JORGENSON
Supervising Deputy Attorney General

*/s/ Brendan M. Kenny*

10 | BRENDAN M. KENNY
Deputy Attorney General

11 | Attorneys for Defendants Price, Berry, Leger, Perez, Stout, McLean, and Diggle

13 | 20133686.wpd
SF2008200460

Defs.' 1st Req. Ext. Time

*A. Molinar v. B. Price, et al.*
C 08-0161 CRB

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **A. Molinar v. B. Price, et al.**

No.:   **C 08-0161 CRB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 22, 2008, I served the attached

1. DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME

2. DECLARATION OF BRENDAN KENNY IN SUPPORT OF DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME

3. [PROPOSED] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Armando Molinar
*D-53455*
Centinela State Prison
P.O. Box 731
Imperial, CA 92251-0731
  *In Pro Se*
  *D-53455*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 22, 2008, at San Francisco, California.

|  S. Redd  |  /s/ Redd  |
| :---: | :---: |
|  Declarant  |  Signature  |

20134697.wpd