1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  BRENDAN M. KENNY, State Bar No. 237969
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5744
    Fax:  (415) 703-5480
8   Email:  Brendan.Kenny@doj.ca.gov

9  Attorneys for Defendants Price, Berry, Leger, Perez,
   Stout, McLean, and Diggle
10

11                IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15 | **ARMANDO MOLINAR,** | C 08-0161 CRB |

16 |                              Plaintiff, | **DECLARATION OF BRENDAN KENNY IN** |

17 |         v. | **SUPPORT OF DEFENDANTS' FIRST REQUEST FOR** |

18 | **B. PRICE, et al.,** | **EXTENSION OF TIME** |

19 |                              Defendants. | **[No hearing per June 3, 2008 order of service]** |

20

21      I, Brendan Kenny, declare as follows:

22      1.    I am an attorney at law duly licensed to practice law in the State of California.  I am

23 employed by the Office of the California Attorney General as a Deputy Attorney General in the

24 Correctional Law Section, and am assigned to represent Defendants Price, Berry, Leger, Perez,

25 Stout, McLean, and Diggle (Defendants) in the above-captioned matter.  I have personal

26 knowledge of the facts declared herein and, if called upon, I could testify completely thereto.

27      2.    On June 3, 2008, this Court ordered Defendants to file a dispositive motion within

28 ninety days.  This Court further ordered Plaintiff to file an opposition no later than thirty days

Decl. B. Kenny Supp. Defs.' 1st Req. Ext. Time                    *A. Molinar v. B. Price, et al.*
                                                                              C 08-0161 CRB

                                         1

1    after Defendants' motion is filed, and for Defendants to file a reply brief no later than fifteen

2    days after Plaintiff's opposition is filed.

3          3.    I was assigned this case on August 13, 2008.  My office requested documentation from

4    Plaintiff's prison records and I will determine which dispositive motion to file once the

5    documents are recieved.  Since I have been assigned this case I have also been working on two

6    other cases with impending due dates in addition to other case-related matters.  In *Barnett v.*

7    *Evans*, case number 06-00193 CW (PR), in the United States District Court, Northern District, I

8    served responses to the plaintiff's fifty-three discovery requests on August 15, 2008, and a reply

9    brief in support of a motion to dismiss is due August 22, 2008.  I also have an answering brief in

10   the Ninth Circuit Court of Appeals which is currently due September 11, 2008.

11         5.    Plaintiff is a state prisoner and cannot be easily contacted about an extension of time.

12         6.    No previous extensions of time have been filed by the Defendants in this matter.

13         7.    This request for extension of time is not made for any purpose of harassment or undue

14   delay, or for any improper reason.

15         I declare under penalty of perjury that the foregoing is true and correct and that this

16   declaration was executed on August 22, 2008, in San Francisco, California.

17

18                                        BRENDAN M. KENNY
19                                        Deputy Attorney General

20

21

22

23

24

25

26

27

28

Decl. B. Kenny Supp. Defs.' 1st Req. Ext. Time                          *A. Molinar v. B. Price, et al.*
                                                                        C 08-0161 CRB

                                          2