IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMANDO MOLINAR,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>B. PRICE, et al.,<br><br>　　　　　　　　　　Defendants. | C 08-0161 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME** |

　　　　Defendants Price, Berry, Leger, Perez, Stout, McLean, and Diggle (Defendants) have filed a request for extension of time of time of thirty-one (31) days, up to and including October 3, 2008, in which to file a dispositive motion. This Court has reviewed Defendants' request and the declaration of Brendan Kenny, and finds good cause to GRANT the request. Accordingly, Defendants have up to and including **October 3, 2008** to file a dispositive motion. Plaintiff shall file an opposition no later than thirty (30) days after he is served with Defendants' dispositive motion. Defendants shall file a reply brief with fifteen (15) days of the date on which Plaintiff serves them with the opposition.

　　　　IT IS SO ORDERED.

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Charles R. Breyer

[Proposed] Order Granting Defs.' 1st Req. Ext. Time　　　　　　　　　　*A. Molinar v. B. Price, et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 08-0161 CRB