IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMANDO MOLINAR,<br><br>            Plaintiff,<br><br>     v.<br><br>B. PRICE, et al.,<br><br>            Defendants. | C 08-0161 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME |

      Defendants Price, Berry, Leger, Perez, Stout, McLean, and Diggle (Defendants) have filed a request for extension of time of time of thirty-one (31) days, up to and including October 3, 2008, in which to file a dispositive motion. This Court has reviewed Defendants' request and the declaration of Brendan Kenny, and finds good cause to GRANT the request. Accordingly, Defendants have up to and including **October 3, 2008** to file a dispositive motion. Plaintiff shall file an opposition no later than thirty (30) days after he is served with Defendants' dispositive motion. Defendants shall file a reply brief with fifteen (15) days of the date on which Plaintiff serves them with the opposition.

      IT IS SO ORDERED.

Dated: September 2, 2008

The Honorable
Judge Charles R. Breyer

*IT IS SO ORDERED* (signed)

[Proposed] Order Granting Defs.' 1st Req. Ext. Time

Molinar v. B. Price, et al.
C 08-0161 CRB

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARMANDO MOLINAR,

        Plaintiff,

  v.

OFFICER B. PRICE et al,

        Defendant.

Case Number: CV08-00161 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armando Molinar D-53455
Centinela State Prison
D2-113L
P.O. Box #931
Imperial, CA 92251

Dated: September 2, 2008

                                Richard W. Wieking, Clerk
                                By: Barbara Espinoza, Deputy Clerk