IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO MOLINAR, | ) | |
| Plaintiff(s), | ) | No. C 08-0161 CRB (PR) |
| v. | ) | ORDER |
| B. PRICE, et al., | ) | |
| Defendant(s). | ) | |

Per order filed on January 15, 2009, the court granted defendant Dr. Everett Allen's motion to quash service on the ground that he was never served personally or otherwise in this case. The court nonetheless requested that Dr. Allen, who has already retained counsel and appeared in this action, waive service. Dr. Allen has not responded.

Within 15 days of this order, Dr. Allen shall waive service or provide the court with a current address where he can be ordered served by the United States Marshal.

SO ORDERED.

DATED: 03/20/09

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Molinar, A1.or1.wpd