1 **WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
2 Sacramento, CA 95822
(916) 456-1122
3 (916) 737-1126 (fax)

4 Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309
5

6 Attorneys for defendant
EVERETT ALLEN, M.D.
7

8 **IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
9

10 ARMANDO MOLINAR,           )   CASE NO: C 08-0161 CRB
                              )
11           Plaintiff,       )   **SUBSTITUTION OF ATTORNEYS
                              )   FOR DEFENDANT EVERETT ALLEN, M.D.**
12 vs.                        )
                              )
13 OFFICER B. PRICE, et al,   )
                              )
14           Defendants.      )
                              )
15 _____)

16      Defendant EVERETT ALLEN, M.D. hereby substitutes the following counsel in

17 place and in stead of Andrada & Associates:

18                Kathleen J. Williams, CSB #127021
                       WILLIAMS & ASSOCIATES
19                  1250 Sutterville Road, Suite 290
                         Sacramento, CA 95822
20                          (916) 456-1122
                          (916) 737-1126 (fax)
21

22 ///

23 ///

24 ///

25

26

27

28 *Molinar v. Price, et al.*[C 08-0161 CRB]/Substitution of Attorneys for Defendant Allen                Page 1

1  All counsel in this matter are requested to direct all communications to the
2  above-referenced address beginning immediately.
3  I consent to this substitution.
4  Dated: 4/15/09                ANDRADA & ASSOCIATES

                                 By:/s/ "Peter Laurie" (original signature retained by counsel)
6                                    Peter Laurie, CSB 226802 Attorneys for
   `                                 defendant EVERETT ALLEN, M.D.

8  I consent to this substitution.
9  Dated: 4/16/09                /s/ "Everett Allen, M.D." (original signature retined by counsel)
                                 EVERETT ALLEN, M.D., defendant

11 I accept this substitution.
12 Dated: 4/16/09                WILLIAMS & ASSOCIATES

14                               By:/s/ Kathleen J. Williams
                                    Kathleen J. Williams, CSB 127021

16 **IT IS SO ORDERED.**
17 Dated: April 17, 2009         _____
18                               United States District Court Judge
                                 Northern District of California

   IT IS SO ORDERED
   Judge Charles R. Breyer

28 *Molinar v. Price, et al.*[C 08-0161 CRB]/Substitution of Attorneys for Defendant Allen          Page 2

**PROOF OF SERVICE**

Case   :     *Molinar v. Price, et al.*
Case No:    C 08-0161 CRB
Court :     United States District Court, Northern District of California

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1250 Sutterville Road, Suite 290, Sacramento, California 95822. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with WILLIAMS & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

I certify that on April 16, 2009, pursuant to F.R.C.P. 5(b), I deposited in the United States mail, postage prepaid, a true copy of the document entitled:

**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT EVERETT ALLEN, M.D.**

and addressed as follows:

**LEGAL DOCUMENTS ENCLOSED**
Armando Molinar, D-53455
CENTINELA STATE PRISON
D2-113L
PO Box 931
Imperial, CA 92251

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on April 16, 2009 at Sacramento, California.

SUSAN J. OLSSON