IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO MOLINAR, | ) | |
| Plaintiff(s), | ) | No. C 08-0161 CRB (PR) |
| v. | ) | ORDER |
| B. PRICE, et al., | ) | |
| Defendant(s). | ) | |

In order to expedite the resolution of this case, the court orders that, within 60 days of this order, defendant Everett Allen, M.D., file a motion for summary judgment or other dispositive motion. Plaintiff shall file an opposition, or notice of non-opposition, within 30 days of receiving a copy of the motion and defendants shall file a reply to any opposition within 15 days thereafter.

The unserved defendants will be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) unless, within 30 days of this order, plaintiff shows cause as to why they should not be dismissed.

SO ORDERED.

DATED: June 25, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Molinar, A1.or2.wpd