IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO MOLINAR, | ) | |
| Plaintiff(s), | ) | No. C 08-0161 CRB (PR) |
| v. | ) | ORDER |
| B. PRICE, et al., | ) | (Docket # 57) |
| Defendant(s). | ) | |

On November 24, 2009, the court granted defendants' motion for summary judgment on plaintiff's claim that prison officials were deliberately indifferent to his health and safety when they denied his request for permission to wear tennis shoes in the showers due to an ankle injury and he consequently fell and injured himself. Docket # 55. "Plaintiff did not file an opposition despite being advised to do so on more than on one occasion." Id. at 2.

More than seven months later, plaintiff has filed a request for an extension of time to file an opposition to defendants' motion for summary judgment on the ground that he has "uncovered discrepancies in the request for summary judgment." Docket # 57 at 1. Plaintiff's request (docket # 57) is DENIED.

In order to relitigate this matter, plaintiff must show that he is entitled to vacate judgment under Federal Rule of Civil Procedure 60(b). He does not. He does not even disclose the discrepancies he has uncovered.

SO ORDERED.

DATED: July 20, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Molinar, A1.or3.wpd